# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO.  09-15-00405-CV**

_____

**IN THE INTEREST OF D.W.C.**

_____

**On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 15-02-01571-CV**

_____

**MEMORANDUM OPINION**

The appellant, Michael Ray Newbern, and the Office of the Attorney General of Texas filed a joint motion for reversal and remand of the order enforcing a child support obligation. The appellant and the Attorney General advise the Court that they have reached a settlement and they have requested that the case be remanded to the trial court for entry of judgment in accordance with their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). It appears from the copy of the document submitted with the announcement of settlement that the custodial parent has also joined the settlement agreement. The custodial parent did

1

not file a notice of appeal, and we have not received any objection from the custodial parent regarding the joint motion for reversal and remand. Therefore, we vacate the judgment of the trial court without regard to the merits and remand the cause to the trial court for further proceedings. *Id.*

VACATED AND REMANDED.

_____
LEANNE JOHNSON
Justice

Submitted on April 20, 2016
Opinion Delivered April 21, 2016

Before Kreger, Horton, and Johnson, JJ.